# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO.: 1:20-cv-21784-GAYLES/LOUIS

**AUGUSTINO SANTIAGO, et al.,**

     Plaintiffs,

v.

**UNIVERSITY OF MIAMI**,

     Defendant.

_____/

## ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR ATTORNEYS' FEES AND COSTS

**THIS CAUSE** comes before the Court on Plaintiffs', Augustino Santiago, Lilly Leyva, Guillermo Creamer, and Maria Aceituno, Unopposed Motion for Attorneys' Fees and Costs (the "Motion") [ECF No. 61]. The Court has considered the Motion and the record, heard oral argument on the Motion, and is otherwise fully advised. Based thereon, it is

**ORDERED AND ADJUDGED** that Plaintiffs' Unopposed Motion for Attorneys' Fees and Costs, [ECF No. 61], is **GRANTED**. Plaintiffs' counsel is awarded a fee consisting of one-third of the gross common fund, which totals $616,666.67, and $17,655.30 in litigation costs, for which sum let execution issue. Additionally, $7,000 shall be awarded to each of the four named Plaintiffs from the common fund.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 7th day of April, 2022.

_____

DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE

cc:  All counsel of record